MICHAEL J. HEYMAN
United States Attorney

MAC CAILLE PETURSSON
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: mac.caille.petursson@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | No. 3:25-cr-00058-SLG-MMS |
|---|---|
| Plaintiff, | COUNT 1<br>ATTEMPTED COERCION AND ENTICEMENT OF A MINOR<br>    Vio. of 18 U.S.C. § 2422(b) |
| vs. | |
| EDWARD LOUIS EHLERT, | COUNT 2<br>ATTEMPTED TRANSFER OF OBSCENE MATERIAL TO A MINOR<br>    Vio. of 18 § U.S.C. 1470 |
| Defendant. | CRIMINAL FORFEITURE ALLEGATION<br>    18 U.S.C. §§ 1467 & 2428, 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(a) |

**INDICTMENT**

The Grand Jury charges that:

## COUNT 1

On or about August 27, 2025, within the District of Alaska, the defendant, EDWARD LOUIS EHLERT, using a facility and means of interstate and foreign commerce, did knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in any sexual activity for which any person can be charged with a criminal offense, including but not limited to, Sexual Abuse of a Minor in the Second Degree, in violation of Alaska Statute § 11.41.436(a)(1).

All of which is in violation of 18 U.S.C. § 2422(b).

## COUNT 2

On or about August 27, 2025, within the District of Alaska, the defendant, EDWARD LOUIS EHLERT, knowingly used any facility or means of interstate and foreign commerce, that is, the Internet, to attempt to transfer obscene matter to another individual who had not attained the age of 16 years, knowing that such individual had not attained the age of 16 years.

All of which is in violation of 18 § U.S.C. 1470.

## CRIMINAL FORFEITURE ALLEGATION 1

The allegations in Counts 1-2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. §§ 1467 & 2428 and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

Upon conviction of the offenses in violation of 18 U.S.C. § 2422(b), as alleged in Counts 1-2 of this Indictment, the defendant, EDWARD LOUIS EHLERT, shall forfeit to the United States, pursuant to 18 U.S.C. § 2428, his interest in any and all property used or

intended to be used to commit, facilitate, and promote the commission of the aforementioned violation, including but not limited to all electronic devices currently in the possession of law enforcement.

All pursuant to 18 U.S.C. § 2428 and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Mac Caille Petursson
MAC CAILLE PETURSSON
Assistant U.S. Attorney
United States of America

s/ Michael J. Heyman
MICHAEL J. HEYMAN
United States Attorney

DATE: 9/16/25